UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL C. EVANS,

    Plaintiff,

v.

P. ORDIWAY, et al.,

    Defendants.

_____/

Case No. 2:24-cv-36

HON. JANE M. BECKERING

## **ORDER**

This is a prisoner civil rights action under 42 U.S.C. § 1983. Defendant Tamlyn filed a Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 16). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 18) on October 1, 2024, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 18) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 16) is GRANTED, and this matter as to Defendant Tamlyn is DISMISSED WITHOUT PREJUDICE.

Plaintiff's claims against Defendant Ordiway remain in this case.

Dated: October 30, 2024

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge